# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LEON JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01507- JLT<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 9) |

　　　　On February 19, 2016, the parties filed a stipulation for an extension of time for Defendant to file the administrative record. (Doc. 9)  Defendant explains the administrative record was to be filed February 19, 2016, but has not been received by the U.S. Attorney's Office. (*Id.* at 1)  Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by the parties.

　　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　　1.　　Defendant's request for an extension of time is **GRANTED** nunc pro tunc; and

　　　　2.　　Defendant **SHALL** file the administrative record on or before **March 21, 2016**.

IT IS SO ORDERED.

　　Dated:　**February 22, 2016**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE