# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LEON JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01507- JLT<br><br>ORDER GRANTING STIPULATION TO CLOSE CASE<br><br>(Doc. 14) |

On June 16, 2016, the parties filed a stipulation to dismiss the action with prejudice. (Doc. 14) The parties rely on Fed.R.Civ.P. 41(a)(1)(A)(ii) and 41(a)(1)(B) (Doc. 14), under which the plaintiff may dismiss the matter before the defendant answers or through a stipulation of all parties who have appeared. Thus, the Clerk of Court is **DIRECTED** to close this action in light of the voluntary dismissal with prejudice filed and properly signed pursuant to Rule 41.

IT IS SO ORDERED.

Dated:　**June 21, 2016**　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE